STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CLAR-
ENCE B. RUNYON, PLAINTIFF IN ERROR.

Submitted December 8, 1919—Decided March 1, 1920.

On error to the Supreme Court, whose opinion is reported
in 93 *N. J. L.* 16.

For the defendant in error, *Walter L. Hetfield.*

For the plaintiff in error, *William R. Wilson.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief Jus-
tice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BERGEN,
MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WIL-
LIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 12.

*For reversal*—None.